```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
GALLATIN POWER PARTNERS, LLC,                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :
            -v-                                                        :   25 Civ. 8946 (JPC)
                                                                       :
PINE GATE RENEWABLES, LLC, et al.,                                     :   ORDER
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 28, 2025, Plaintiff initiated this action by filing a Complaint against Defendants. Dkt. 1 ("Complaint"). Later that same day, Plaintiff filed a motion for a temporary restraining order. Dkt. 2.

Plaintiff's Complaint alleges that it and each of the Defendants are Limited Liability Companies ("LLCs"). Complaint ¶¶ 5-17. Because an LLC takes the citizenship of its members, *see Handelsman v. Bedford Vill. Assocs. L.P.*, 213 F.3d 48, 51-52 (2d Cir. 2000); *see also Brady v. IGS Realty Co.*, No. 19 Civ. 10142 (PAE), 2020 WL 5414683, at *10 (S.D.N.Y. Sept. 8, 2020), Plaintiff must file a letter to the Court by October 31, 2025, stating the citizenship of any natural persons who are members of each LLC party, as well as the place of incorporation and principal place of business of any corporate entities that are members of each LLC party. *See Handelsman*, 213 F.3d at 51-52; *see, e.g.*, *New Millennium Cap. Partners, III, LLC v. Juniper Grp. Inc.*, No. 10 Civ. 46 (PKC), 2010 WL 1257325, at *1 (S.D.N.Y. Mar. 26, 2010).

Plaintiff also must serve Defendants with a Summons, a copy of the Complaint, a copy of the motion for a temporary restraining order, and a copy of this Order by October 30, 2025, and file proof of such service by that same date. Defendants may file a response to Plaintiff's motion for a

temporary restraining order no later than seven days after receiving such service.

SO ORDERED.

Dated: October 29, 2025
      New York, New York

                                                  JOHN P. CRONAN
                                      United States District Judge