```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
GALLATIN POWER PARTNERS, LLC,                                 :
                                                              :
                                Plaintiff,                    :
                                                              :
                -v-                                           :   25 Civ. 8946 (JPC)
                                                              :
PINE GATE RENEWABLES, LLC, et al.,                            :        ORDER
                                                              :
                                Defendants.                   :
                                                              :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 7, 2025, Defendants filed a notice of suggestion of bankruptcy. Dkt. 40. No later than November 14, 2025, Plaintiff must file a letter to the Court explaining whether it agrees that this case now is stayed pursuant to 11 U.S.C. § 362(a)(1).

SO ORDERED.

Dated: November 10, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge