

201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main  801.532.1234
Fax  801.536.6111

A Professional
Law Corporation

Jordan N. Anderson
Attorney at Law
Direct  801.536.6708
JAnderson@parsonsbehle.com

November 11, 2025

**CONFIDENTIALITYNOTATIONLIST**
**HANDLINGNOTATIONLIST**

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      **Re:** *Gallatin Power Partners, LLC v. Pine Gate Renewables, LLC et al*
           Case No. 1:25-cv-08946

Dear Judge Cronan,

      This letter is in response to the Court's November 10, 2025 Order requiring Plaintiff to file a letter explaining whether it agrees with Defendants that the above-captioned case is now stayed pursuant to 11 U.S.C. § 362(a)(1). (Dkt. 41.)

      Plaintiff filed this action on October 28, 2025 and simultaneously moved for a temporary restraining order. (Dkts. 1-4.) On October 29, 2025, the Court ordered Defendants to respond to Plaintiff's Motion for a Temporary Restraining Order within seven days of service. (Dkt. 5.) Defendants were served on October 31, 2025, making their response due on November 7, 2025. (Dkts. 30-38.) On November 7, 2025, Defendants filed a suggestion of bankruptcy, stating that each of the Defendants commenced a case under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), by filing voluntary petitions in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. (Dkt. 40.)

      Plaintiff has confirmed that each of the Defendants filed a voluntary petition under Chapter 11 on November 6, 2025. Plaintiff agrees that Section 362 of the Bankruptcy Code automatically stays the above-captioned case.

November 11, 2025
Page Two

        Sincerely,

        PARSONS BEHLE & LATIMER

        Jordan N. Anderson
        Attorney at Law

JNA

This case is stayed pursuant to 11 U.S.C. § 362(a)(1). The parties shall file a joint status letter no later than seven days after the automatic stay is lifted, or by May 12, 2026, whichever is earlier. Plaintiff's motion for a temporary restraining order is denied without prejudice to refiling after the stay is lifted. The Clerk of Court is respectfully directed to close Dkt. 4.

SO ORDERED
November 12, 2025

        JOHN P. CRONAN
        United States District Judge