UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
GALLATIN POWER PARTNERS, LLC,                                           :
                                                                        :
                                 Plaintiff,                             :
                                                                        :
                -v-                                                     :          25 Civ. 8946 (JPC)
                                                                        :
PINE GATE RENEWABLES, LLC, *et al.*,                                    :          ORDER
                                                                        :
                                 Defendants.                            :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 12, 2025, the Court ordered the parties to file a joint status letter within seven days after the stay of this case is lifted or by May 12, 2026, whichever is earlier. Dkt. 43. That deadline has now passed and the parties have failed to file the required status update. By May 25, 2026, the parties must file the previously ordered status letter.

        SO ORDERED.

Dated: May 18, 2026
         New York, New York                     _____
                                                          JOHN P. CRONAN
                                                     United States District Judge